IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUZANNA AND ROGER MATTOX,<br><br>    Plaintiffs,<br><br>v.<br><br>SUNEVOLUTIONS, PRODUCT INNOVATIONS RESEARCH, LLC, COSWAY COMPANY, INC., and JOHN DOES 1-3,<br><br>    Defendants | Case No. CIV-24-235-JAR |

## NOTICE OF REMOVAL

Defendants Product Innovations Research, LLC d/b/a SunEvolutions and Cosway Company, Inc. ("Defendants"), under 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal from the District Court of LeFlore County, Oklahoma:

### FACTUAL AND PROCEDURAL BACKGROUND

1. Plaintiffs Suzzanna and Roger Mattox ("Plaintiffs") filed their Petition on April 18, 2024, against Defendants in the District Court of LeFlore County, Oklahoma. The case number is CJ-2024-98.

2. Plaintiffs effectuated service on Defendants on June 18, 2024.

3. Plaintiffs' Petition alleges Defendants manufactured and distributed a bronzing lotion containing nut, nut by-products, bean, or bean by-products but lacking labeling concerning ingredients, warnings, or information alerting consumers that the lotion may contain nuts, nut by-products, bean, or bean by-products. Petition, at ¶¶ 11-14. Plaintiffs' Petition alleges Plaintiff Suzzanna Mattox experienced consumer toxicosis and multiple cardiac events following use of the tanning lotion. *Id.* at ¶ 1.

4. Plaintiffs' Petition alleges causes of action against Defendants for ordinary negligence, negligent training, negligent supervision, strict product liability (design defect/risk/benefit & consumer expectation), and strict products liability (failure to warn).

## BASIS FOR COURT'S SUBJECT MATTER JURISDICTION

5. At the time of the initiation of this action and at all times since, Plaintiffs are individuals residing in LeFlore County, Oklahoma.

6. At the time of the initiation of this action and at all times since, SunEvolutions is a tradename of Defendant Product Innovations Research, LLC.

7. At the time of the initiation of this action and at all times since, Defendant Product Innovations Research, LLC, is a limited liability company registered in Texas with its principal office located in Dallas, TX.

8. At the time of the initiation of this action and at all times since, Defendant Product Innovations Research, LLC, is comprised of the following members: Cosway Company, Inc.; The West Family Generation Trust; The Hough Family Trust; Lou Georgelous; and Douglas Smiley.

9. Defendant Cosway Company, Inc. is a corporation registered in California with its principal office located in Carson, CA.

10. The West Family Generation Trust is a traditional trust. The sole trustee of The West Family Generation Trust is William B. Johnson, a resident of Texas at the time of the initiation of this action and at all times since.

11. The Hough Family Trust is a traditional trust. The trustees of The Hough Family Trust are Richard L. and Peggy S. Hough, residents of California at the time of the initiation of this action and at all times since.

12. Lou Georgelous is an individual residing in Florida at the time of the initiation of

this action and at all times since.

13. Douglas Smiley is an individual residing in California at the time of the initiation of this action and at all times since.

14. Defendants John Does are not specified in Plaintiffs' Petition nor are claims alleged against them.

15. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(1). Plaintiffs are citizens of Oklahoma. Defendants are citizens of California, Florida, and Texas. Plaintiff seeks compensatory damages in excess of the amount required for diversity jurisdiction under 28 U.S.C. § 1332. *See* Petition, ¶ 84.

16. The following is a complete list of the process, pleadings, motions, and orders from the Court Docket:

   a. Exhibit 1 – Docket Sheet

   b. Exhibit 2 – Petition

   c. Exhibit 3 – Acceptance of Service

17. Contemporaneous with the filing of this Notice, Defendants will mail a copy of this Notice of Removal for filing in the District Court of LeFlore County, Oklahoma. Defendants will also provide a copy of this Notice to Plaintiffs.

18. Plaintiff did demand a jury trial in their Petition.

19. By removing this action from the District Court of LeFlore County, Oklahoma, Defendants do not waive any defenses available to them.

20. By removing this action from the District Court of LeFlore County, Oklahoma, Defendants do not admit any of the allegations in Plaintiffs' complaint.

Dated this 10th day of July, 2024.

Respectfully submitted,

By: /s/ Theresa N. Hill
THERESA N. HILL, OBA #19119
thill@rhodesokla.com
RANDALL E. LONG, OBA # 22216
rlong@rhodesokla.com
Rhodes, Hieronymus, Jones, Tucker
 & Gable, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Tel: 918/582-1173 Fax: 918/592-3390
***Attorneys for Defendants, Product Innovations Research, LLC d/b/a SunEvolutions, and Cosway Company, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July 2024, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Oklahoma, and submitted electronically to the following ECF registrant(s):

T. Ryan Scott, OBA # 34484
OLIVER LAW FIRM
3603 Southern Hills Blvd.
Rogers, AR  72758
Tel: (479) 202-5200  Fax: (479) 202-5605
**rscott@oliverlawfirm.com**

Robert Lambert, OBA #21981
P. O. Box 9
Poteau, OK  74953
Tel: 918) 413-5201
attorneyroblambert@gmail.com

*Attorneys for Plaintiffs*

*/s/ Theresa N. Hill*
Theresa N. Hill, OBA # 19119