UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUZANNA AND ROGER MATTOX, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-24-235-JAR |
| ) | |
| SUNEVOLUTIONS, PRODUCT ) | |
| INNOVATIONS RESEARCH, LLC, ) | |
| COSWAY COMPANY, INC., ) | |
| AND JOHN DOES 1-3, ) | |
| ) | |
| Respondent. ) | |

## MOTION TO WITHDRAW AS ATTORNEY

COMES NOW Attorney Rob Lambert and for this Motion to Withdraw states the following:

1. As a result of professional considerations, Attorney Rob Lambert moves this Court to withdraw him as Attorney.

2. That counsel for the Plaintiffs states that he believes good cause exists to allow him to withdraw from this action.

**WHEREFORE**, Attorney Rob Lambert, moves this Court to withdraw him as counsel in the above-styled case, and for all other proper relief.

Respectfully Submitted,

_____
Rob Lambert (OK Bar#21981)
Attorney at Law
P.O. Box 9
Poteau, OK 74953
(405) 657-9445
attorneyroblambert@gmail.com

## CERTIFICATE OF SERVICE

I, Rob Lambert, do hereby certify that on the 4th day of September, 2025, I sent via the U.S. Postal Service 1st Class Mail (postage prepaid) and/ or by electronic mail a true and correct copy of the above and foregoing Motion to Withdraw to the following:

joe_church@oked.uscourts.gov

_____
Rob Lambert